# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**

In re Application of RICARDO BENJAMIN SALINAS PLIEGO & CORPORACIÓN RBS S.A.  C.V., for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding

**Attorney's (Firm Name, Address, and Telephone Number)**
Nelson Mullins Riley & Scarborough LLP
P. John Veysey
Alan F. Kaufman
Charles N. Hurley
330 Madison Avenue, 27th Floor
New York, NY 10017

**DEFENDANTS**
Not Applicable

**Attorneys (If Known)**
Not Applicable

## DESCRIPTION OF CASE

Application for Discovery in Aid of a Foreign Proceeding Proceeding Pursuant to 28 U.S.C. 1782

Has this or a similar case been previously filed in SDNY ?

No? ✔  Yes? ☐   Judge Previously Assigned _____

If yes, was this case: Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐

If yes, give date _____ & Case No. _____

## NATURE OF CASE

☐ M 08-85 Motion to Compel
☐ M 08-85 Motion to Quash
☐ M 08-86 Internet Infringement
☐ M 08-88 Surety Companies
☐ M 08-425 Sureties Proceedings

☐ M 11-03 SEC Litigation to Freeze Account
☐ M 11-188 GJ Subpoenas - Unsealed
☐ M 11-189 GJ Subpoenas - Sealed
☐ M 16-88 Sale of Unclaimed Seamen's' Effects
☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
☐ M 18-302 Registration of a Judgment from Another District
☐ M 18-304 Administrative Subpoena Proceedings
☐ M 18-305 Registration of Student Loan Judgment
☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
☐ M 19-63 Receivers - Property in Other Districts
☐ M 19-78 Denial to Sue In Forma Pauperis
☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
☐ M 23 Petition to Perpetuate Testimony
☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
☐ M 25-2 Permission to have access to safe deposit boxes
☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
☐ M 28 Warrant for Entry & Inspection of Premises
☐ M 29 Privacy Act Application
☐ M 30 Privacy Act Application
☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
☐ M 33 Inspection Warrant - Department of Energy
☐ M 34 Order of Another District Court that the State Court Produce
☐ M 35 Order to Stay Transfer of Federal Prisoner
☐ M 36 National Labor Relations Board
☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
☐ M 38 Application for Reassignment of Bankruptcy Proceeding
☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
☐ M 41 Order of Return of 28:2254/2255 Petition
☐ M 42 Order Denying Stay of Deportation
☐ M 43 Contempt of Court in Bankruptcy
☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
☐ M 46 Order From Another District for Public Viewing
☐ M 47 Bankruptcy Cases - Before Appeal Filed
☐ M 47**B** Transmission of Proposed Findings of Fact and Conclusions of Law
☐ M 48 Application for Appointment of Counsel - No Case In This Court
☐ M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

## NATURE OF CASE CONTINUED

- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)

- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☑ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☐ M 94 Other _____

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____MISCELLANEOUS CASE NUMBER _____

**NOTE: Please submit at the time of filing an explanation of why cases are deemed related**

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE      **No** ☐      **Yes** ☐

**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO      **WHITE PLAINS** ☐      **MANHATTAN** ☐

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|

DATE          **SIGNATURE OF ATTORNEY OF RECORD**                    **ADMITTED TO PRACTICE IN THIS DISTRICT**

08/23/2024   P. John Veysey

☐ U.S. GOVERNMENT ATTORNEY

☐ NO

☑ YES (DATE ADMITTED MO. 06 YR. 2015 )

RECEIPT #

ATTORNEY BAR CODE # 5364708

Ruby J. Krajick, Clerk of Court,  _____        Dated_____

by Rev. 04/2019