**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* Application of RICARDO BENJAMIN SALINAS PLIEGO & CORPORACIÓN RBS S.A. C.V., for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No._____ <br><br> **DECLARATION OF JOHN VEYSEY IN SUPPORT OF RICARDO BENJAMIN SALINAS PLIEGO & CORPORACIÓN RBS S.A. de C.V. EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING** <br><br> Date: _____ <br> Time: 10:00 AM <br> Courtroom: _____ |

I, JOHN VEYSEY, hereby declare under penalty of perjury as follows:

1.      I am Of Counsel at the law firm Nelson Mullins Riley Scarborough, LLP, counsel for Ricardo Benjamin Salinas Pliego & Corporacion RBS S.A. de C.V. (the "Applicants") and am duly admitted to practice before the United States District Court for the Southern District of New York.

2.      I respectfully submit this declaration in support of Applicants' application for discovery pursuant to 28 U.S.C. § 1782 (the "Application"), seeking foreign discovery in this Court, from various entities for use in an ongoing civil case pending In the High Court of Justice Business and Property Courts of England and Wales, Claim No: CL-2024-000450 (the "English Action").

3.      This Application seeks a routine order authorizing certain individuals and institutions located in this district to provide discovery related to the status of Applicants'

Collateral Shares, or any proceeds arising from their sale or conversion, and any other evidence to support Applicants' misappropriation claims in the English Action.

4. Applicants seek discovery from the following entities: Jaitegh Singh, Esq., Singh Law Firm, P.A., JP Morgan Chase & Co., and Jurist IQ Corp (collectively, the "Entities").

5. Each of the Entities reside or are found within this District.

6. Attached as **Exhibit A** is a draft document subpoena, to be served in substantially the same form on Jaiteh Singh, Esq.

7. Attached as **Exhibit B** is a draft document subpoena, to be served in substantially the same form on Singh Law Firm, P.A.

8. Attached as **Exhibit C** is a draft document subpoena, to be served in substantially the same form on J.P. Morgan Chase & Co.

9. Attached as **Exhibit D** is a draft document subpoena, to be served in substantially the same form on Jurist IQ Corp.

10. The discovery sought in this Application is relevant to the English Action and potential other actions Applicants may need to launch against individuals that may be potentially revealed through this discovery.

11. The Information sought in the proposed subpoenas is germane to the English Action and will be used accordingly.

I declare under penalty of perjury under the law of the United States of America that the forgoing is true and correct.

Executed on <u>August 23, 2024</u>

_____
P. John Veysey