| | |
|---|---|
| *In re* Application of RICARDO BENJAMIN SALINAS PLIEGO & CORPORACIÓN RBS S.A. C.V., for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No._____ <br><br><br> Date: ____ <br> Time: 10:00 AM <br> Courtroom: _____ |

## <u>NOTICE OF RELATED CASE</u>

Applicants Ricardo Benjamin Salinas Plegio and Corporacion RBA S.A. C.V. (the "Applicants"), by and through undersigned counsel, file this Notice of Related Case and notify the Court as follows:

1.     This action relates to an earlier filed case, *Chenming Holdings (Hong Kong) Limited v. John Does 1-10, et al.*, currently pending in this District (the "Earlier Case").

2.     The Earlier Case's docket number is 1:24-cv-00935-KPF.

3.     Judge Katherine Polk Failla is the presiding judge of the Earlier Case.

4.     The Earlier Case was initiated on February 8, 2024,

5.     On February 21, 2024, Plaintiff Chenming Holdings (Hong Kong) filed a Letter Motion for Expedited Discovery in order to serve subpoenas on certain non-party financial institutions, which they reasonably believe would reveal multiple bank accounts which defendants are subsidiary owners of, and which received payments from Plaintiff Chenming Holdings (Hong Kong).

6.     On March 28, 2024 Judge Failla granted Plaintiff Chenming Holdings' Letter Motion for Discovery, and entered a confidentiality order in connection thereto.

7.     On June 28, 2024, an Amended Complaint was filed.

8.      On August 23, 2024, Judge Failla granted a Motion for Extension of Time for Defendants' to Answer the Amended Complaint, through and including September 13, 2024.

9.      This action related to the Earlier Case because it involved the same defendants and their affiliates, i.e., Jaitegh JT Singh and Jurist IQ Corp, and a similar fraudulent scheme perpetrated by those affiliated parties.

Dated: August 23, 2024                    Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:      */s/ P. John Veysey*

P. John Veysey
john.veysey@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Tel: (617) 217-4645 Fax: (617) 217-4710

Alan Kaufman
Charles N. Hurley
330 Madison Avenue
27th Floor
New York, NY 10017
Tel: (202) 689-2890

Attorneys for Ricardo Benjamin Salinas Pliego and
Corporación RBS S.A. de C.V.