

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Application of RICARDO BENJAMIN SALINAS PLIEGO & CORPORACIÓN RBS S.A. C.V., for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 24-mc-394 (LAK)<br><br>[PROPOSED] ORDER GRANTING RICARDO BENJAMIN SALINAS PLIEGO & CORPORACIÓN RBS S.A. de C.V.'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Date: ___<br>Time: 10:00 AM<br>Courtroom: ___ |

Pending before the Court is an Application submitted by Applicants Ricardo Benjamin Salinas Pliego ("**Salinas**") and Corporación RBS S.A. C.V. ("**RBS**") (collectively the "**Applicants**") for an order of the Court pursuant to 28 U.S.C. § 1782. The Applicants request that the Court authorize it to obtain information from J.P. Morgan Chase & Co. ("**JPMC**"), Jaitegh "JT" Singh and his law firm Singh Law Firm, P.A. (collectively "**Singh**" or "**Mr. Singh**"), and Jurist IQ Corp. ("**Jurist IQ**"), for use by the Applicants in a foreign civil proceeding in the United Kingdom. The Court has reviewed the request, the application, and the memorandum of law in support, and is informed of the grounds upon which the request and the application are based.

Pursuant to its power under 28 U.S.C. § 1782, the Court hereby ORDERS that the Application is **GRANTED**.

The Court finds that the discovery sought meets the statutory requirements of 28 U.S.C. § 1782. Specifically, the Court finds: (1) JPMC, Singh, and Jurist IQ reside or are found within this District; (2) the discovery sought is intended for use in a foreign proceeding before a foreign tribunal, specifically, a civil proceeding in the United Kingdom; and (3) the Applicants are "interested persons" under Section 1782.

The Court also finds that the discovery sought by the Applicants meet the discretionary factors outlined in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264 (2004). Specifically, the Court finds, based on the Declarations submitted and supporting case law, that (1) JPMC, Singh, and Jurist IQ are not participants in the foreign proceeding in the United Kingdom; (2) no challenges exist regarding the nature of the foreign tribunal and the English Government's probable receptivity to the Court's judicial assistance; (3) the discovery sought in the application is not an attempt to circumvent the foreign tribunal's proof gathering restrictions or other policies of a foreign country or the United States; and (4) the requested discovery is not unduly intrusive or burdensome as it is narrowly tailored to seek information that will help the Applicants in the foreign proceeding.

For the foregoing reasons, the Court **GRANTS** the Application (Dkt 1) and authorizes the Applicants to serve the subpoenas attached to the Application as Composite Exhibit 3. This order is without prejudice to any timely objections that may be duly made by the person and entity to be served.

IT IS SO ORDERED.

Dated: 9/9/24

_____
UNITED STATES DISCTRICT JUDGE