# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Application of RICARDO BENJAMIN SALINAS PLIEGO & CORPORACION RBS S.A. C.V.,for an Order Pursuant to 28 U.S.C. § 1782 | Case No: 1: 24-mc-00394-LAK |

PLEASE TAKE NOTICE that Louis A. Pellegrino of the law firm Dentons US LLP hereby enters his appearance as counsel for Respondents, Jaitegh Singh, Singh Law Firm, and Jurist IQ Corp., in the above-captioned matter. We certify that he is admitted to practice in this Court.

Dated: October 7, 2024

By: /s/ *Louis A. Pellegrino*
  Louis A. Pellegrino

DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 398-5795
Email: louis.pellegrino@dentons.com

*Counsel for Respondents Jaitegh Singh, Singh Law Firm, and Jurist IQ Corp.*