# ⊓ NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

One Financial Center, Suite 3500
Boston, MA 02111
T: 617.217.4700  F: 617.217.4710
nelsonmullins.com

P. John Veysey
(617) 217.4645
john.veysey@nelsonmullins.com

April 6, 2026

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 4-7-26                   │
└─────────────────────────────────────┘
```

**Via ECF**

The Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:    *In Re: Pliego et al.* Case 1:24-mc-00394-LAK

Dear Judge Kaplan:

Pursuant to Paragraph 14 of the Stipulated Confidentiality Agreement and Protective Order (ECF No. 19, "Protective Order"), the Court's March 24, 2026 Order (ECF No. 22), the Court's Individual Rules of Practice, and following the Letter Motion to Seal Applicants' Opposition to Proposed Intervenor Vladimir Sklarov's Application for an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order (ECF No. 21) and related exhibits and declarations, dated April 3, 2026 (ECF 28), Applicants Ricardo Benjamin Salinas Pliego and Corporacion RBS S.A. C.V. (the "Applicants") respectfully submit this letter update to that correspondence.

All parties have now confirmed that they consent to the Applicants' sealing request. For the Court's reference, and to confirm the substance of the Motion to Seal, Applicant's request relates to the following documents.

| Public ECF # | SEALED ECF # | Document | Sealing Request |
|---|---|---|---|
| 29 | 30 | **Applicants' Opposition** | Redaction |
| 29-1 | 30-1 | **Declaration of P. John Veysey ("Veysey Decl.")** | Redaction |
| 29-11 | 30-2 | Ex. J – Discover Bank Excerpts | Sealed Document |
| 29-13 | 30-3 | Ex. L – JPMC Production (6 parts) | Sealed Document |
| 29-15 | 30-9 | **Declaration of Andrew Ford ("Ford Decl.")** | (none requested) |
| 29-16 | 30-10 | Ex. A – Contempt Application Notice | Sealed Document |
| 29-19 | 30-11 | Ex. D – Ford Contempt Affirmation | Sealed Document |
| 29-23 | 30-12 | Ex. H – Unredacted StoneTurn Report | Sealed Document |
| 29-25 | 30-13 | Ex. J – Redacted StoneTurn Report | Sealed Document |
| 29-28 | 30-14 | Ex. M – Discover Bank Letters | Redaction |

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA.

Granted. ORDERED

_____ USDJ

Honorable Lewis A. Kaplan, U.S.D.J.
*In Re: Pliego et al.* Case 1:24-mc-00394-LAK
April 6, 2026
Page 2

Applicants note that Exhibits J and L to the Veysey Declaration, ECF 29-11 and 29-13, contain limited redactions of personal information that were in the originals received pursuant to the subpoenas issued to those entities, and are not included in Applicants' requested protections in the Motion to Seal.

The Applicants appreciate the Court's consideration.

Respectfully submitted,

*/s/ P. John Veysey*
P. John Veysey


cc: All counsel of record (by ECF)