USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re Application of RICARDO BENJAMIN
SALINAS PLIEGO & CORPORACIÓN RBA S.A.
C.V., for an Order Pursuant to 28 U.S.C. § 1782          24-mc-0394 (LAK)
Authorizing Discovery for Use in a Foreign
Proceeding

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The temporary restraining order entered herein on March 24, 2026 (to wit, the

second decretal paragraph of Dkt 22) is hereby vacated.

      SO ORDERED.

Dated:      April 8, 2026

                                                  _____
                                                   Lewis A. Kaplan
                                           United States District Judge